August 8, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MILLSTONE INVESTMENT & MANAGEMENT, L.L.C., Appellant

NO. 14-12-00637-CV                                V.

BNC RETAX, L.L.C., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, BNC Retax, L.L.C., signed May 14, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Millstone Investment & Management, L.L.C., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.